421 A.2d 209

**In re ESTATE of Richard T. BEHAN, Deceased.**

**Appeal of SISTERS OF ST. JOSEPH OF BADEN, Pennsylvania and the South Hills Health System.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1980.

Decided Nov. 3, 1980.

Robert J. Winters, Goehring, Rutter & Boehm, Pittsburgh, for appellant.

James C. Larrimer, Pittsburgh, for Agnes M. Fox, Annuitant/Beneficiary.

Thomson, Rhodes & Grigsby, Thomas D. Thomson, Pittsburgh, for Union National Bank and Agnes Fox, Trustees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

422

## ORDER

PER CURIAM:

Decrees of the Court of Common Pleas of Allegheny County, Orphans' Court Division, are affirmed. Each party is to pay own costs.